**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**CONSOLIDATED CIVIL ACTION NO. 2:14-cv-22 (WOB-CJS)**

**SATISH DOSHI, Individually**
**And on behalf of all other**
**Persons similarly situated** **PLAINTIFFS**

**and**

**CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, Individually**
**And on behalf of all others**
**Similarly situated**

**VS.** **JUDGMENT**

**GENERAL CABLE CORPORATION;**
**GREGORY B. KENNY; and**
**BRIAN J. ROBINSON** **DEFENDANTS**

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) Judgment is entered in favor of Defendants with respect to Plaintiffs' claims, and these claims are accordingly **DISMISSED WITH PREJUDICE**; and

(2) This matter is stricken from the docket of this Court.

This 27th day of January, 2015.

**Signed By:**
***William O. Bertelsman*** WOB
**United States District Judge**