UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 15-5621

**FILED**
May 24, 2016
DEBORAH S. HUNT, Clerk

SATISH DOSHI,
Plaintiff,

CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,
Plaintiff - Appellant

v.

GENERAL CABLE CORPORATION; GREGORY B. KENNY; BRIAN J. ROBINSON,
Defendants - Appellees.

Before: SILER, COOK, and DONALD, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Kentucky at Covington.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's dismissal of Livonia's complaint with prejudice and its denial of Livonia's Rule 59(e) motion to amend are AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk