# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-5621

_____

Filed: July 27, 2016

SATISH DOSHI, individually and on behalf of all other persons similarly situated

    Plaintiff

and

CITY OF LIVONIA EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated

    Plaintiff - Appellant

v.

GENERAL CABLE CORPORATION; GREGORY B. KENNY; BRIAN J. ROBINSON

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 05/24/2016 the mandate for this case hereby issues today.

COSTS:  None